PATRICK D. MORIARTY, State Bar No. 213185
pmoriarty@aghwlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:     (415) 697-2000
Facsimile:     (415) 813-2045

Attorneys for Defendants
JAMIL ROBERTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHACORY DANIELS,<br><br>            Plaintiff,<br><br>     v.<br><br>JAMIL ROBERTS and DOES 1-50, jointly and severally,<br><br>            Defendants. | Case No. 3:20-cv-03977-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY CUTOFF**<br><br>Hon. Edward M. Chen<br>Ctrm: 5, 17th Floor<br><br>Trial: October 3, 2022 |

  Plaintiff SHACORY DANIELS, ("Plaintiff") and Defendant JAMIL ROBERTS ("Defendant") by and through their counsels of record hereby respectfully request extension of the close of expert discovery deadline until July 8, 2022.

  On October 14, 2021, the Court set the jury trial for October 3, 2022. (ECF 29).

  WHEREAS, the parties appeared before Judge Joseph Spero for a settlement conference on February 24, 2022.  The case did not settle.  Judge Spero ordered the parties to return to another settlement conference on August 2, 2022.

  WHEREAS, the parties exchanged expert disclosures on March 31, 2022.

  WHEREAS, the parties were unable to complete each of the expert depositions within the May 12, 2022 cutoff date.

WHEREAS, the parties JOINTLY request and STIPULATE TO the Court extending the expert deadline cutoff to July 8, 2022, solely to allow Defendant to take the depositions of Plaintiff's experts Roger Clark and Scott Roder.

Dated: May 13, 2022               LAW OFFICES OF JOHN L. BURRIS

                                  By: _*K. Chike Odiwe*_____
                                      JOHN L. BURRIS
                                      K. CHIKE ODIWE
                                      Attorneys for Plaintiff
                                      SHACORY DANIELS


Dated: May 13, 2022               ALLEN, GLAESSNER,
                                  HAZELWOOD & WERTH, LLP

                                  By: _*/s/ Patrick D. Moriarty*_____
                                      PATRICK D. MORIARTY
                                      JOHN B. ROBINSON
                                      Attorneys for Defendants
                                      JAMIL ROBERTS


IT IS SO ORDERED.

_____                                _____
DATE                                          HON. EDWARD M. CHEN

STIP. RE: EXPERT DISCOVERY
3:20-CV-03977

495658.1